513 Pa. 34 (1986)
518 A.2d 808
Joseph TAYLOR
v.
OXFORD LAND, INC., Appellant.
Supreme Court of Pennsylvania.
Argued September 16, 1986.
Decided December 30, 1986.
*35 David Ainsman, Rosenberg, Kirshner, P.A., Pittsburgh, Pa., for appellant.
Kenneth P. Simon, Pittsburgh, Pa., for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER
PER CURIAM:
Order affirmed.
PAPADAKOS, J., dissents.